IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION,<br><br>                **Plaintiff**,<br><br>-against-<br><br>THE NATIONAL FOOTBALL LEAGUE MANAGEMENT COUNCIL,<br><br>                **Defendant.** | ECF Case<br><br>Civil Action No. 13-CV-2829 (PAC)<br><br>**STIPULATION OF DISMISSAL** |

      IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective counsel, as follows:

(1)     The parties acknowledge that they are bound by the 2011 National Football League Collective Bargaining Agreement ("CBA"), including Article 41 ("Workers' Compensation"), Article 43 ("Non-Injury Grievance"), and Paragraph 10 of Appendix A ("NFL Player Contract");

(2)     Pursuant to Article 41, Section 4 of the 2011 CBA, the parties agree that during the term of the CBA, "No Club shall be entitled to claim or receive any dollar-for-dollar credit or offset, other than as provided for in Article 3 of [the 2011 CBA], for salary, benefits, or other compensation paid or payable to a player against any award or settlement of workers' compensation benefits, either pursuant to Paragraph 10 of the NFL Player Contract or any provision of state law;"

(3)     The parties further agree that any dispute involving this Stipulation and/or the interpretation of, application of, or compliance with, any provision of the CBA, including the above-referenced provisions, must be resolved exclusively in

1

accordance with the mandatory grievance and arbitration procedures set forth in the CBA; provided, however, that nothing in this Stipulation will preclude either party from seeking confirmation or vacatur of any final and binding arbitration award issued pursuant to the terms of the CBA;

(4) Nothing in this Stipulation is intended to expand or limit either party's rights or positions with respect to offsets as set forth in the CBA;

(5) Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is dismissed in its entirety without prejudice, and each party shall bear its own costs, expenses, and attorneys' fees.

Dated: September 25, 2013
    New York, New York

| WINSTON & STRAWN LLP | AKIN GUMP STRAUSS HAUER & FELD LLP |
|---|---|
| /s/ *Adam J. Kaiser* | /s/ *Stacey R. Eisenstein* |
| Jeffrey L. Kessler<br>Adam J. Kaiser<br>200 Park Ave.<br>New York, New York 10166-4193<br>Telephone: (212) 294-6700<br>Facsimile: (212) 294-4700 | Daniel L. Nash (admitted *pro hac vice*)<br>Stacey R. Eisenstein (admitted *pro hac vice*)<br>Marla Axelrod (admitted *pro hac vice*)<br>1333 New Hampshire Ave., N.W.<br>Washington, D.C. 20036<br>Telephone: (202) 887-4000<br>Facsimile: (202) 887-4288 |
| *Attorneys for Plaintiff National Football League Players Association* | *Attorneys for Defendant National Football League Management Council* |